676 A.2d 1193

**ROSETTA OIL, INC., Appellee,**

v.

**COMMONWEALTH OF PENNSYLVANIA, Board of Finance and Revenue, Appellant.**

Supreme Court of Pennsylvania.

June 19, 1996.

**ORDER**

PER CURIAM:

The Order and Opinion of the Commonwealth Court is hereby AFFIRMED.

NEWMAN, J., did not participate in the consideration or decision of this case.